UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEKSEI BLINOV, | Case No. 24-cv-08401-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| ALEJANDRO N. MAYORKAS, et al., | Re: Dkt. No. 11 |
| Defendants. | |

The government has advised the Court that plaintiff's asylum application has been granted, and that plaintiff's counsel has been unresponsive.

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that reasons exist for this case to be restored to the active docket, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: October 6, 2025

WILLIAM H. ORRICK
United States District Judge